The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company,

Plaintiffs,

v.

SHANGHAI HAOQI INTERNATIONAL TRADE CO., LTD., a Chinese corporation, and DOES 1-10,

Defendants.

No. 2:25-cv-02482-KKE

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and UL LLC (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). Dkt. No. 15. The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 4,400 words.

//

//

//

//



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 18th day of August, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com